JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR MENDEZ, an individual, and NIKI TRUCKING, INC., a California Corporation, | Case No. 2:25-cv-01950-DFM |
| | Magistrate Judge: Douglas F. McCormick |
| Plaintiffs, | **ORDER GRANTING JOINT STIPULATION TO REMAND CASE TO STATE COURT** |
| vs. | |
| JAGUAR LAND ROVER NORTH AMERICA, LLC, a Delaware Limited Liability Company, | Date Filed: January 22, 2025 |
| | Trial Date: July 21, 2026 |
| Defendant. | |

## **ORDER**

The Court, having considered the Stipulation to Remand Case to State Court (the "Stipulation") filed by the Parties, and upon finding good cause therefore, hereby GRANTS the Stipulation.

This matter is hereby remanded to the California Superior Court, for the County of Los Angeles.

**IT IS SO ORDERD.**

Dated:  May 29, 2026

_____
Hon. Douglas F. McCormick
United States Magistrate Judge